

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00026-CV

Michele R. **PAULI**
Appellant (Cross-Appellee),

v.

Michael D. **HAYES** and Teresa C. Hayes
Appellee (Cross-Appellants),

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12272
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file a reply brief is granted. We order the brief due December 5, 2017.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court